1 | **Danna J. Cotman, Esq. (SB# 188245)**
    danna@arciplaw.com
2 | **Ariel J. Sabban, Esq. (SB# 189414)**
    ariel@arciplaw.com
3 | **ARC IP Law, PC**
    **5749 La Jolla Boulevard**
4 | **La Jolla, CA 92037**
    **Telephone: (858) 729-0800**
5 | **Telecopier: (858) 777-5425**

6 | Attorneys for Defendant BLAST MOTION, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| WYOMING INTELLECTUAL PROPERTY HOLDINGS, INC., a Wyoming limited liability company, | Case No.: 3:23-cv-1489-H-BLM |
|---|---|
| | Judge: Hon. Marilyn L. Huff |
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO DISMISS AND/OR FOR MORE DEFINITE STATEMENT** |
| vs. | |
| BLAST MOTION, INC., | **[FRCP RULES 8 & 12]** |
| Defendant. | Date: January 29, 2024<br>Dept.: Courtroom 12A<br>Time: 10:30 a.m. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on Monday, January 29, 2024, at 10:30 a.m., or as soon thereafter as the matter may be heard in the above-entitled court, located at the James M. Carter and Judith N. Keep, United States Courthouse at 333 West Broadway, San Diego, CA 92101, Courtroom 12A, Defendant BLAST MOTION, INC. ("Blast") will move this Court, pursuant to Federal Rules of Civil Procedure ("FRCP"), Rules 8 and 12, and other applicable law, to dismiss this entire action on the basis of failure to state a claim upon which relief can be granted, and/or for a more definite statement under FRCP Rule 12(e).

This Motion is brought on the grounds that:

1. U.S. Patent No. 9,384,671 (the "'671 Patent") asserted by plaintiff WYOMING INTELLECTUAL PROPERTY HOLDINGS, INC. ("Plaintiff")) is invalid under 35 United States Code ("USC") § 101 due to subject matter ineligibility as directed to an abstract idea and the allegations of the instant complaint otherwise do not state a plausible claim for patent infringement and therefore the pleading fails to state a claim upon which relief can be granted.

2. Plaintiff's claim for patent infringement as against Blast does not state a plausible claim for relief under FRCP Rule 8 ("clear") and thus fails to state a claim upon which relief can be granted pursuant to FRCP Rule 12(b)(6).

3. Plaintiff's claim for willful patent infringement as against Blast is unsupported by any facts and thus it does not state a plausible claim for relief under FRCP Rules 8 and also fails to state a claim upon which relief can be granted pursuant to FRCP Rule 12(b)(6).

4. Given the nebulous and abstract nature of the patent and claim asserted by Plaintiff, and the established rights of others (including Blast and the public at large), Plaintiff should be required in accordance with FRCP Rule 12(e) to give a more definite and intelligible statement as to the exact products and/or activities attributable to Blast that are purportedly inconsistent with the practice of the rights of others (including Blast) that allegedly infringe on the patent in suit.

This Motion will be based upon this Notice; the accompanying Memorandum of Points and Authorities with exhibits in support thereof; the accompanying Request for Judicial Notice in support hereof; any and all documents or other evidence filed in Reply to any opposition; the pleadings and entire case file in this action; the arguments of counsel at the time of the hearing; and such other and further matters as the Court deems just and proper.

Dated: December 22, 2023

ARC IP LAW, PC

By: /s/ Danna J. Cotman
Danna J. Cotman, Esq. (SB# 188245)
Attorneys for Defendant
BLAST MOTION, INC.

## CERTIFICATION

I hereby certify that on the 22nd day of December 2023, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following counsels of record:

        Susan S.Q. Kalra, Esq.
        RAMEY LLP
        5020 Montrose Blvd., Suite 800
        Houston, Texas 77006
        (Counsel for Plaintiff WYOMING INTELLECTUAL PROPERTY HOLDINGS, INC.)

        /s/ Danna J. Cotman

        Danna J. Cotman, Esq.