Susan S.Q. Kalra (CA State Bar No. 16740)
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(800) 993-7499
(832) 900-4941 (facsimile)
Email: skalra@rameyfirm.com

Southern California Office:
811 Wilshire Blvd., 17th Floor
Los Angeles, CA, US 90017

William P. Ramey, III (*pro hac vice anticipated*)
Email: wramey@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800Houston, Texas 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175

*Attorneys for Plaintiff*

WYOMING INTELLECTUAL
PROPERTY HOLDINGS, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| WYOMING INTELLECTUAL PROPERTY HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BLAST MOTION, INC., a California corporation., <br><br> Defendant. | Case No. 3:23-cv-01489-H-VET <br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br><br> [Honorable Judge Valerie Torres] |

Now comes Plaintiff, Wyoming Intellectual Property Holdings, LLC, by and through its counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and hereby voluntarily

dismisses all of the claims asserted against Defendant Blast Motion Inc. in the within action With Prejudice with each party bearing their own costs and fees. Blast Motion, Inc. has not filed an answer or a motion for summary judgment.

Dated:  December 22, 2023                    Respectfully Submitted,


                                             RAMEY LLP

                                             By:  /s/ Susan S.Q. Kalra
                                                   Susan S.Q. Kalra

                                             **Attorneys for Plaintiff**
                                             **WYOMING INTELLECTUAL**
                                             **PROPERTY HOLDINGS, LLC**

**PROOF OF SERVICE**

I am a citizen of the United States of America and employed in the County of Harris. My business address is 5020 Montrose Blvd., Suite 800 Houston, Texas 77006. I am over the age of 18 and not a party to the foregoing action.

The undersigned certifies that a true and correct copy of the above and foregoing document has been served on December 22, 2023 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Civil Rule 5.4. Any other counsel of record will be served by facsimile, email, overnight delivery, or other overnight service.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on December 22, 2023, at Santa Clara, California.

/s/ Susan S.Q. Kalra