# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WYOMING INTELLECTUAL PROPERTY HOLDINGS LLC, a Wyoming limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BLAST MOTION, INC., a California corporation,<br><br>Defendant. | Case No.: 3:23-cv-01489-H-VET<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL**<br><br>[Doc. No. 8.] |

On August 14, 2023, Plaintiff Wyoming Intellectual Property Holdings LLC, a Wyoming limited liability company ("Plaintiff") filed a complaint against Defendant Blast Motion, Inc., a California corporation ("Defendant"). (Doc. No. 1.) On December 22, 2023, Defendant filed a motion to dismiss Plaintiff's complaint. (Doc. No. 7.) That same day, Plaintiff filed a notice of voluntary dismissal of the entire action with prejudice. (Doc. No. 8.)

Federal Rule of Civil Procedure 41(a)(1)(A) provides that a "plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Because Defendant has not filed an answer or a motion for summary judgment in this case, the Court grants Plaintiff's motion and

dismisses the action with prejudice, each side to bear their own costs and fees.  The Court denies Defendant's motion to dismiss as moot.  (Doc. No. 7.)  The Court instructs the Clerk of Court to close the case.

**IT IS SO ORDERED.**

DATED:  December 28, 2023

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT